# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1

**Case No.:**   24-10322-LMI

**Case Name:**   JUAN CARLOS ESPINAL

**For Period Ending:**   06/30/2025

**Trustee Name:**   (291310) Maria M. Yip

**Date Filed (f) or Converted (c):**  01/13/2024 (f)

**§ 341(a) Meeting Date:**   02/07/2024

**Claims Bar Date:**   05/11/2024

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Formally Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Electronics | 350.00 | 350.00 | | 0.00 | 350.00 |
| 2 | Clothes | 100.00 | 100.00 | | 0.00 | 100.00 |
| 3 | Chase Business Checking x1783 | 5,135.51 | 1,135.51 | | 0.00 | 5,135.51 |
| 4 | Noble Solutions LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 4 | **Assets         Totals**      (Excluding unknown values) | **$5,585.51** | **$1,586.51** | | **$0.00** | **$5,586.51** |

**Major Activities Affecting Case Closing:**

6/30/2025 Follow-up on information to submit to UST.

3/7/2025 Preparing information for UST

12/12/2024 Adversary Case 1:24-ap-1335 Closed. Judgment in Favor of Plaintiff.

10/24/2024 Default Final Judgment Denying Discharge.

10/09/2024 Adversary case 1:24-ap-1256 closed. Judgment in favor of Plaintiff.

08/16/2024 Order Granting Motion to Withdraw as Attorney for Debtor.

07/25/2024 Order Granting Motion For Contempt and Order to Show Cause.

07/02/2024 Adversary case 24-01335. Complaint by Igor Spivakov against Juan Carlos Espinal. Nature of Suit:,(41 (Objection / revocation of discharge - 727(c),(d),(e))

06/11/2024 Agreed Order Granting Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of Debt (Re: # 37), Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #37) Deadline Extended to 7/22/2024.

06/07/2024 Motion For Contempt , in addition to Motion for Order to Show Cause Filed by Creditor Igor Spivakov.

05/03/2024 Order Granting Motion to Compel Discovery.

02/08/2024 Filed notice of assets to generate claims bar date.

**Initial Projected Date Of Final Report (TFR):**        07/31/2025

**Current Projected Date Of Final Report (TFR):**        12/31/2025

07/31/2025

_____

Date

/s/Maria M. Yip

_____

Maria M. Yip