**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION, FT. LAUDERDALE DIVISION, WEST PALM BEACH DIVISION**

In re:                                                              Case No. 24-10322-LMI
                                                                    Ch. 7 Proceeding

JUAN CARLOS ESPINAL

      Debtor(s)

_____

### TRUSTEE'S NOTICE OF CHANGE OF ADDRESS

    **YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee has moved her physical office location, and her new contact information is:

> **Maria M. Yip, Chapter 7 Trustee**
> **9200 S. Dadeland Boulevard, Suite 316**
> **Miami, FL 33156**

    Telephone, fax, and email information remain the same.

Dated: February 9, 2026                              By: */s/ Maria M. Yip, Trustee*
                                                    Maria M. Yip, Trustee
                                                    9200 S. Dadeland Blvd., Suite 316
                                                    Miami, FL 33156
                                                    Phone: (305) 908-1862
                                                    Email: trustee@yipcpa.com